**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOROUGH OF ST. CLAIR, | : | No. 517 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| DEPARTMENT OF ENVIRONMENTAL | : | |
| PROTECTION AND BLYTHE | : | |
| TOWNSHIP, | : | |
| | : | |
| Respondents | | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 6th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.